IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| EDWARD GLENN LEWIS, MARK MORTON and DON BREWSTER, On Behalf of Themselves and All Others Similarly Situated, § § § § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. 4:15-cv-13 |
| V. § | |
| § | JURY TRIAL DEMANDED |
| BRAZOS ROCK, INC. § | |
| § | COLLECTIVE ACTION |
| Defendant. § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

Plaintiffs file this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that they believe are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such parties are:

1. Edward Glenn Lewis, Plaintiff;

2. Mark Morton, Plaintiff;

3. Don Brewster, Plaintiff;

3. Brazos Rock, Inc., Defendant;

4. Allen R. Vaught - Counsel for Plaintiff;
Baron & Budd, P.C.
3102 Oak Lawn Ave, Suite 1100
Dallas, Texas 75219
(214) 521-3605 - Telephone
(214) 520-1181 - Facsimile

                          Respectfully submitted,

By:    s/ Allen Vaught
           Allen R. Vaught
           Attorney-In-Charge
           TX BAR NO. 24004966
           SD TX BAR NO. 22757
           BARON & BUDD, P.C.
           3102 OAK LAWN AVENUE, SUITE 1100
           DALLAS, TEXAS 75219
           (214) 521-3605 – TELEPHONE
           (214) 520-1181 – FACSIMILE
           AVAUGHT@BARONBUDD.COM

           ATTORNEYS FOR PLAINTIFF