UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| EDWARD GLENN LEWIS, et al., § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> BRAZOS ROCK, INC., and DESCO § <br> ACQUISITION, LLC d/b/a § <br> BLACKEAGLE ENERGY § <br> SERVICES, § <br> § <br> Defendants. § <br> _____ § <br> § <br> DESCO ACQUISITION, LLC d/b/a § <br> BLACKEAGLE ENERGY § <br> SERVICES, § <br> § <br> Cross-Claim Plaintiff, § <br> § <br> vs. § <br> § <br> BRAZOS ROCK, INC., § <br> § <br> Cross-Claim Defendant. § | No. 4:15-CV-13-DAE |

ORDER GRANTING JOINT MOTION TO APPROVE
CONFIDENTIAL SETTLEMENT AGREEMENT AND TO
DISMISS CASE WITH PREJUDICE (DKT. # 169)

Before the Court is a Joint Motion to Approve Confidential Settlement Agreement and to Dismiss Case with Prejudice ("Motion to Approve Settlement Agreement") filed by Plaintiffs Edward Glenn Lewis, Mark Morton, Don Brewster,

1

and Ricky Thomas (collectively, "Plaintiffs") and Defendant Desco Acquisition LLC, d/b/a Blackeagle Energy Services ("Defendant"), on December 20, 2017. (Dkt. # 169.) Pursuant to Local Rule CV-7(h), the Court finds this matter suitable for disposition without a hearing. After reviewing the instant motion and the confidential Settlement Agreement filed under seal (Id.; Dkt. # 171), the Court finds that the motion should be **GRANTED.** (Dkt. # 169.)

The Court has scrutinized the confidential Settlement Agreement reached by the parties, which has been filed under seal and will not be made part of the public record. (Dkt. # 171.) The settlement reached is fair to all the parties and reasonably resolves a bona fide dispute between Plaintiffs and Defendant. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that the Settlement Agreement is **APPROVED.** (Id.) Each party shall bear its own costs and attorneys' fees except as provided in the Settlement Agreement.

All pending motions, including Plaintiffs and Defendant's Motions for Default Judgment (Dkts. ## 159, 169), are hereby **DISMISSED AS MOOT**.

It is hereby **ORDERED** that this case be **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DATED: Pecos, Texas, January 3, 2018.

_____
David Alan Ezra
Senior United States District Judge